UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**HK SYSTEMS, INC.**
       **Plaintiff,**

    v.                            Case No. 02C1103

**EATON CORP.**
       **Defendant.**

## ORDER

On October 5, 2005, defendant filed a motion asking this court to order the Clerk of Court to file Exhibit I to the affidavit of Ronald Banerji under seal, based on the order issued in <u>IBP, Inc. v. H.K. Systems, Inc.</u>, Case No. 8:98CV480, District of Nebraska. It is not clear when that order was issued or for what purpose. Because defendant has failed to make a showing for good cause as is required by F. R. Civ. Pro. 26(c); <u>see</u> <u>also</u> <u>Citizens Nat'l Bank of Princeton v. Cincinnatti Ins. Co.</u>, 178 F.3d 943, 944 (7th Cir. 1999), I will deny defendant's motion. Defendant may refile Exhibit I to the affidavit of Ronald Banerji, but not under seal.

**IT IS ORDERED THAT** defendant's October 5, 2005, motion to seal Exhibit I to the affidavit of Ronald Banerji is **DENIED**.

Dated in Milwaukee, Wisconsin, this 22 of August, 2006.

                                              /s_____
                                              LYNN ADELMAN
                                              District Judge